1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT LEE TUNSTALL, JR.,

11           Plaintiff,                    No. CIV S-11-1730 WBS DAD P

12      vs.

13   CALIFORNIA DEP'T OF CORRECTIONS
     AND REHABILITATION,
14
            Defendants.                    ORDER
15
     _____/
16

17           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  The in forma pauperis application is incomplete.  Plaintiff did not include the

20   second page of the application, the application is not signed, and the certificate portion of the

21   request which must be completed by plaintiff's institution of incarceration has not been

22   completed.  Moreover, plaintiff has not filed a certified copy of his prison trust account statement

23   for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C.

24   § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed in forma pauperis

25   application and a certified copy in support of his application.

26   /////

1

1         In accordance with the above, IT IS HEREBY ORDERED that:

2         1.  Plaintiff shall submit, within thirty days from the date of this order, a

3   completed affidavit in support of his request to proceed in forma pauperis on the form provided

4   by the Clerk of Court;

5         2.  The Clerk of the Court is directed to send plaintiff a new Application to

6   Proceed In Forma Pauperis By a Prisoner; and

7         3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

8   copy of his prison trust account statement for the six month period immediately preceding the

9   filing of the complaint.  Plaintiff's failure to comply with this order will result in a

10  recommendation that this action be dismissed without prejudice.

11  DATED: July 25, 2011.

12

13  _____

14  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

15

16  DAD:md/4
    tuns1730.3c+.new

17

18

19

20

21

22

23

24

25

26